IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUTO-OWNERS INSURANCE
COMPANY,

      **Plaintiff,**

v.            1:13-cv-2924-WSD

DONNA BLAIR, et al.,

      **Defendants.**

## OPINION AND ORDER

  This matter is before the Court on Plaintiff Auto-Owners Insurance Company's ("Plaintiff") Motion to Stay [67].

  This action concerns whether Plaintiff's commercial general liability insurance policy issued to JP Evans Construction Co. and defendant Strategic Holdings Group, LLC ("SHG") affords coverage for any of the claims or damages asserted in a lawsuit (the "Underlying Lawsuit") filed by Donna Blair and Patrick Blair in the Superior Court of Henry County against certain defendants.

  On September 11, 2014, Plaintiff filed a motion for summary judgment [50] against all defendants, seeking a declaration that Plaintiff owes no duty to defend or indemnify the defendants against the Underlying Lawsuit, or that Auto-Owners owes only a limited duty of indemnity as to certain defendants. On June 5, 2015,

the Court entered an Order [66] granting-in-part and denying-in-part Plaintiff's motion.  The Court denied the motion, without prejudice, as to SHG, Julius Evans, and Peggy Evans, finding a ruling on the duty to indemnify these defendants was inappropriate until a final judgment is entered in the Underlying Lawsuit.  (Order, June 5, 2015, at 30-31).

On July 10, 2015, Plaintiff filed a motion to stay further proceedings pending the resolution of the Underlying Lawsuit.  The motion is unopposed.  Having considered Plaintiff's unopposed motion,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay [67] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **ADMINISTRATIVELY CLOSED** but with the right of any party to reopen the case upon the resolution of the Underlying Lawsuit.

**SO ORDERED** this 14th day of October, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE